UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER BROWN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>J. VALOFF,<br><br>　　　　　　　Defendant. | Case No.  1:01-cv-6526 OWW LJO P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT**<br><br>**(Doc. 39)** |

　　　　Defendant's request for an extension of time to file his opposition to plaintiff's motion for summary judgment was considered by this Court, and good cause appearing,

　　　　IT IS ORDERED that defendant is granted until March 16, 2006, to file his opposition.

IT IS SO ORDERED.

**Dated:   February 22, 2006**　　　　　　　　　**/s/ Lawrence J. O'Neill**
i0d3h8　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT**
1