# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. VALOFF,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:01-CV-6526-OWW-LJO-P<br><br>ORDER REQUIRING DEFENDANT'S COUNSEL TO FILE STATEMENT THAT HE HAS VALOFF'S AND WILLIAMS' SIGNED ORIGINAL DECLARATIONS<br><br>(Docs. 42-2 and 42-3) |

　　　　Pursuant to Local Rule 7-131(f), if a filed document is electronically signed by a person not attorney of record in the case, a statement that counsel has the signed original must be included. Defendant's counsel submitted the declarations of defendant Valoff and Litigation Coordinator B. C. Williams in support of defendant's opposition to plaintiff's motion for summary judgment. The declarations were electronically signed but were not accompanied by a statement that defendant's counsel has the signed originals.

　　　　Within **twenty (20) days** from the date of service of this order, defendant's counsel shall cure the aforementioned deficiency and file a statement bringing the declarations into compliance with Local Rule 7-131(f).

IT IS SO ORDERED.

**Dated:　April 24, 2006**　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1