1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   PETER BROWN,                    1:01-cv-06526-OWW-LJO-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND
                                  RECOMMENDATIONS** (Doc. 49)
13   vs.
                                  **ORDER DENYING PLAINTIFF'S
14   J. VALOFF,                   MOTION FOR SUMMARY JUDGMENT**
                                  (Doc. 36)
15              Defendant.
     _____/
16

17
         Plaintiff Peter Brown ("plaintiff"), a state prisoner
18
     proceeding pro se and in forma pauperis, has filed this civil
19
     rights action seeking relief under 42 U.S.C. § 1983.  The matter
20
     was referred to a United States Magistrate Judge pursuant to 28
21
     U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
22
         On April 24, 2006, the Magistrate Judge filed a Findings and
23
     Recommendations herein which was served on the parties and which
24
     contained notice to the parties that any objections to the
25
     Findings and Recommendations were to be filed within thirty (30)
26
     days.  To date, the parties have not filed objections to the
27
     Magistrate Judge's Findings and Recommendations.
28

                                    1

1    In accordance with the provisions of 28 U.S.C. §

2  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>

3  <u>novo</u> review of this case.  Having carefully reviewed the entire

4  file, the Court finds the Findings and Recommendations to be

5  supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed April 24, 2006,

8  is ADOPTED IN FULL; and,

9    2.   Plaintiff's motion for summary judgment, filed January

10  27, 2006, is DENIED.

11

12

13  IT IS SO ORDERED.

14  **Dated:    June 16, 2006**            _____**/s/ Oliver W. Wanger**_____
    emm0d6                     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28