1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  PETER BROWN,                                    CASE NO. 1:01-cv-06526-OWW-LJO PC

10              Plaintiff,                          ORDER GRANTING PLAINTIFF THIRTY
                                                    DAYS WITHIN WHICH TO FILE A NEW
11     v.                                           OPPOSITION IF HE SO CHOOSES

12  J. VALOFF,

13              Defendant.
    _____/
14

15         On August 25, 2006, defendant Valoff filed a motion to dismiss for failure to exhaust.

16  Although plaintiff has already opposed the motion, plaintiff was not provided with notice of the

17  requirements for opposing a motion to dismiss for failure to exhaust.  Wyatt v. Terhune, 315 F.3d

18  1108, 1120 n.14 (9th Cir. 2003).  In a separate order issued concurrently with this order, the court

19  provided plaintiff with the required notice.

20         Plaintiff will be provided with the opportunity to file a new opposition, if he wishes to do so.

21  In the alternative, plaintiff may take no action and rest on the opposition he filed on September 12,

22  2006.  The court will not consider two oppositions.  If plaintiff opts to file a new opposition in light

23  of the notice provided to him, he must do so within thirty days and old opposition will not be

24  considered by the court.  Defendant may reply to any new opposition and if he does so, his reply filed

25  on September 13, 2006, will not be considered.

26         Accordingly, it is HEREBY ORDERED that:

27         1.      Plaintiff is granted leave to file a new opposition in light of the warning notice

28                 provided to him by the court relating to motions to dismiss for failure to exhaust;

1

2.      If plaintiff chooses to file a new opposition, he must do so within **thirty (30) days** from the date of service of this order; and

3.      If plaintiff files a new opposition, defendant may reply within the time frame set forth in Local Rule 78-230(m).

IT IS SO ORDERED.

**Dated:    January 18, 2007**                           **/s/ Lawrence J. O'Neill**
i0d3h8                                           UNITED STATES MAGISTRATE JUDGE