Case 1:01-cv-06526-DLB   Document 83   Filed 04/11/07   Page 1 of 2

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. VALOFF,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:01-cv-06526-DLB PC<br>**ORDER SETTING SETTLEMENT CONFERENCE AND CONTINUING PRETRIAL CONFERENCE**<br><br>**Settlement Conference: May 18, 2007 in Courtroom 25 (EFB)** |

　　　　Plaintiff Peter Brown ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Pursuant to the parties' stipulation, this matter is hereby set for a Settlement Conference before the Honorable Magistrate Judge Edmund F. Brennan on **May 18, 2007** at 10:00 a.m. in Courtroom 25 of the United States District Court for the Eastern District of California, Sacramento Division. The parties shall submit confidential Settlement Conference Statements directly to Judge Brennan at least 5 days before the conference. The Court shall issue a Writ for the transportation of plaintiff to the Settlement Conference.

　　　　In addition, the Pretrial Conference scheduled for May 18, 2007 is HEREBY CONTINUED to **June 15, 2007** at 9:00 a.m. in Courtroom 9 before the undersigned. Counsel for defendant is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5670**. Plaintiff shall serve and file a pre-trial statement as described in this order on or before **June 1, 2007**. Defendant shall serve and file a pre-trial statement as described in this order on or before **June 8, 2007**. In addition to electronically filing

1

1  his pre-trial statement, defendant shall e-mail the pre-trial statement to:
2  dlborders@caed.uscourts.gov.  If plaintiff intends to call incarcerated witnesses at time of trial,
3  plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in this
4  order on or before **June 1, 2007**.  The opposition to the motion for the attendance of incarcerated
5  witnesses, if any, shall be filed on or before **June 8, 2007**.  If plaintiff wishes to obtain the
6  attendance of unincarcerated witnesses who refuse to testify voluntarily, plaintiff must submit the
7  money orders, as described in subsection 4 of this order, to the court on or before **June 8, 2007**.
8  IT IS SO ORDERED.
9  Dated:   **April 10, 2007**                         /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE