# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. VALOFF,<br><br>    Defendant.<br>_____/ | CASE NO. 1:01-cv-06526-DLB PC<br><br>ORDER TRANSFERRING JURY TRIAL FROM CALENDAR OF JUDGE WANGER TO CALENDAR OF JUDGE BECK<br><br>(Docs. 77 and 81)<br><br>Jury Trial:   August 7, 2007, at 9:00 a.m. in Courtroom 9 (DLB) |

  This matter is currently set for jury trial before the Honorable Oliver W. Wanger on August 7, 2007, at 9:00 a.m. in Courtroom 3.  In light of the reassignment of this action to the undersigned on March 30, 2007, jury trial is HEREBY TRANSFERRED from the trial calendar of Judge Wanger to the trial calendar of Judge Beck for August 7, 2007, in Courtroom 9 at 9:00 a.m.

  IT IS SO ORDERED.

  Dated:   **April 12, 2007**      /s/ **Dennis L. Beck**
                  UNITED STATES MAGISTRATE JUDGE