# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BROWN, | CASE NO. 1:01-cv-06526-DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR THE ATTENDANCE OF INCARCERATED WITNESSES ON THE GROUND THAT THE WITNESSES ARE NO LONGER INCARCERATED |
| v. | |
| J. VALOFF, | |
| Defendant. | (Doc. 86) |

Plaintiff Peter Brown ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This is a damages action proceeding on plaintiff's original complaint, filed August 30, 2000, against defendant Jason Valoff ("defendant") for use of excessive physical force, in violation of the Eighth Amendment of the United States Constitution. This matter is set for jury on August 7, 2007. On April 16, 2007, plaintiff filed a motion seeking the attendance of incarcerated witnesses. Defendant did not file an opposition.

Plaintiff seeks to have inmate witnesses Allison #P-03940, Tobin #K-71380, Bell #J-73885, and Washington #K-02022 transported for trial. Plaintiff attests under penalty of perjury that all four inmates saw the incident at issue in this action, and inmates Allison and Tobin are willing to testify. Plaintiff does not know if inmates Bell and Washington are willing to testify.

///
///
///

1  The court has considered plaintiff's motion for the attendance of inmate witnesses
2  Allison, Tobin, Bell, and Washington and it would be granted under ordinary circumstances.
3  However, in attempting to obtain the current locations of the inmate witnesses, the court was
4  informed that inmates Allison, Tobin, and Washington have been discharged, and inmate Bell is
5  on parole.  Because the four inmate witnesses are no longer incarcerated, plaintiff's motion must
6  be denied.  Plaintiff may subpoena these witnesses or they may appear voluntarily.

   For the foregoing reason, plaintiff's motion for the attendance of inmate witnesses
   Allison, Tobin, Bell, and Washington is HEREBY DENIED, without prejudice.

   IT IS SO ORDERED.

   Dated:   **June 14, 2007**           /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE