

FILED

AUG - 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BROWN, | CASE NO. 1:01-cv-06526-DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| J. VALOFF, | |
| Defendant. | |

Jury trial in this matter commenced on August 7, 2007, at 9:00 a.m. Pursuant to Federal Rule of Civil Procedure 50(a), judgment was entered for defendant and against plaintiff on August 8, 2007.

Accordingly, plaintiff Peter Brown, #B-97054, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

8/8/2007

_[signature]_
US Magistrate Judge

1