# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. VALOFF,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:01-cv-06526-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CHANGE PLAINTIFF'S ADDRESS OF RECORD FROM CSP-CORCORAN TO CMF IN VACAVILLE<br><br>ORDER DIRECTING CLERK OF THE COURT TO REFUND $103.05 TO PLAINTIFF, FOR DEPOSIT INTO PLAINTIFF'S TRUST ACCOUNT BY CDCR<br><br>ORDER DIRECTING CDCR TO ISSUE A CHECK FROM PLAINTIFF'S TRUST ACCOUNT FOR THE $40.00 WITNESS FEE, PAYABLE TO STEVEN PULLIAM<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON LITIGATION OFFICE-CMF, CDCR, AND USDC FINANCIAL |

On August 7, 2007, jury trial in this matter commenced. During the proceedings, plaintiff represented that he had submitted $103.05 in witness fees and travel expenses to have one of his unincarcerated witnesses served with a subpoena duces tecum.[1] Upon investigation, the court learned that a check had been received from CDCR on July 16, 2007, in the amount of $103.05. Because the check was made payable to the Office of the Clerk and the memo section of the check stated only "Payment to Court," it was not recognized as a witness fee submission, and was

---

[1] $40.00 for the witness fee plus $63.05 for roundtrip mileage from CSTAF, the last known place of employment for plaintiff's witnesses.

deposited and applied toward plaintiff's outstanding filing fee balance. The court was able to locate witness Steven Pulliam and he testified in this matter on August 8, 2007. Accordingly, Mr. Pulliam is owed a $40.00 witness fee.

Based on an unprocessed trust account withdrawal filled out by plaintiff and mailed to the court by an inmate at CMF, it appears likely an administrative error with the trust office led to the check being made out to the court rather than to Mr. Pulliam. In order to rectify the errors set forth herein, it is HEREBY ORDERED that:

1. The Clerk of the Court shall change plaintiff's address of record from CSP-Corcoran to the California Medical Facility in Vacaville;[2]

2. The Clerk of the Court shall issue a refund to plaintiff Peter Brown, B-97054, in the amount of $103.05, for deposit into plaintiff's prison trust account by the California Department of Corrections and Rehabilitation;

3. The California Department of Corrections and Rehabilitation shall issue from plaintiff's trust account a check for the $40.00 witness fee, made payable to Steven Pulliam;

4. In order to preserve Mr. Pulliam's confidential information, the court shall provide the California Department of Corrections and Rehabilitation with Mr. Pulliam's address under separate letter to the Litigation Coordinator at the California Medical Facility, where plaintiff is presently housed; and

///
///
///
///
///
///
///

---

[2] Although plaintiff has not yet filed a notice of change of address, the court confirmed that plaintiff was transferred back to CMF.

5.  In addition to the parties, the Clerk of the Court shall serve a copy of this order on (1) the Litigation Office at CMF, (2) the Director of the California Department of Corrections and Rehabilitation, 1515 "S" Street, Sacramento, California, 95814, and (3) the Financial Department, U. S. District Court, Eastern District of California, 2500 Tulare Street, Fresno, California, 93721.

IT IS SO ORDERED.

**Dated:** **August 27, 2007**         /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE